COLWELL LEAD CO., Respondent, v. STONE, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by the Colwell Lead Company against William L. Stone, Jr. W. L. Stone, for appellant. A. E. Pressinger, for respondent. No opinion. Judgment affirmed, with costs.

CONNERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by William Conners against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except ADAMS, J., dissenting.

CONVERSE v. SHARPE et al. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by Edmund C. Converse against Severyn B. Sharpe and others. No opinion. Motion granted. See 55 N. Y. Supp. 1080.

CORIO. Plaintiff, v. FARMERS' LOAN & TRUST CO., Defendant. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by George Corio against the Farmers' Loan & Trust Company, as administrator. W. J. Hardy, for plaintiff. D. McClure, for defendant. No opinion. Exceptions overruled, and judgment ordered dismissing complaint, with costs.

CORMACK v. McNEIL. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by John A. Cormack against Donald McNeil. No opinion. Motion granted, with $10 costs.

CORN EXCH. BANK, Respondent, v. MARCKWALD, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by the Corn Exchange Bank against Freeman D. Marckwald. H. Van Sinderen, for appellant. L. G. Reed, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re COSTIGAN. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) In the matter of the application of George P. Costigan, Jr., for admission to the bar. No opinion. Application granted.

COWELL, Respondent, v. BLOCK et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Vernette Cowell against Lucien D. Block and others. No opinion. Judgment and order affirmed, with costs. All concur, except CULLEN and BARTLETT, JJ., dissenting.

COYLE v. WARD et al. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Ellen M. A. Coyle against William D. Ward and another. No opinion. Motion denied, with $10 costs. See 55 N. Y. Supp. 388.

CRISSEY, Respondent, v. DURLAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) Action by Martha A. Crissey against De Witt C. Durland and another, as administrators, etc., of John T. Johnson, deceased. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw demurrer and serve answer within 20 days, on payment of the costs of the demurrer and of this appeal.